UNITED STATES of America,
Plaintiff–Appellee,

v.

Adan CEJA–LUGO, Defendant–
Appellant.

No. 00–10622.
D.C. No. CR–00–00838–RGS.

United States Court of Appeals,
Ninth Circuit.

Submitted June 9, 2003.*

Decided June 16, 2003.

Before RYMER, THOMAS and
SILVERMAN, Circuit Judges.

MEMORANDUM**

Adan Ceja–Lugo appeals his conviction and 55–month sentence imposed following his unconditional guilty plea to illegal reentry following deportation, in violation of 8 U.S.C. § 1326(a).

We dismiss the appeal for lack of jurisdiction because Ceja–Lugo entered into a negotiated plea agreement in which he knowingly and voluntarily waived his right to appeal or collaterally attack his conviction and sentence. *See United States v. Nguyen,* 235 F.3d 1179, 1182–83 (9th Cir. 2000) (recognizing that courts will enforce

waiver of appeal rights when waiver is knowing and voluntary).

**DISMISSED.**

---

* The panel unanimously finds this case suitable for decision without oral argument. *See* Fed. R.App. P. 34(a)(2).

** This disposition is not appropriate for publication and may not be cited to or by the courts of this circuit except as provided by Ninth Circuit Rule 36–3.

---

* This panel unanimously finds this case suitable for decision without oral argument. *See* Fed. R.App. P. 34(a)(2). Respondent's motion to dissolve the stay of proceedings is granted.

** This disposition is not appropriate for publication and may not be cited to or by the courts of this circuit except as provided by Ninth Circuit Rule 36–3.